

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | S U P P L E M E N T A L |
| | ) | I N F O R M A T I O N |
| Plaintiff, | ) | |
| | ) | JUDGE CHRISTOPHER A. BOYKO |
| v. | ) | |
| | ) | CASE NO. 5:17CR492 |
| KAMARI KIDD, | ) | Title 18, United States Code, |
| | ) | Section 4 |
| Defendant. | ) | |

COUNT 1
(Misprision, 18 U.S.C. § 4)

The United States Attorney charges:

On or about February 21, 2017, in the Northern District of Ohio, Eastern Division, Defendant KAMARI KIDD, having knowledge of the actual commission of a felony cognizable by a court of the United States, that is, a violation of Title 18, United States Code, Section 922(g)(1), did conceal the same and did not, as soon as possible, make it known to federal authorities, in violation of Title 18, United States Code, Section 4.

JUSTIN E. HERDMAN
United States Attorney

By: /s/ Teresa Riley
TERESA RILEY
Attorney in Charge, Criminal Division
Akron Branch